UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIZHENG WANG, for the WANG LENDER GROUP,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE HULL, an individual,<br><br>Defendants. | Case No. C18-01220RSL<br><br>ORDER GRANTING NON-PARTY DECATHLON ALPHA III, L.P'S MOTION TO INTERVENE |

This matter comes before the Court on "Decathlon Alpha III, L.P.'s Motion to Intervene. Dkt. #20. Decathlon seeks intervention by right under Fed. R. Civ. P. 24(a)(2) or, alternatively, permissive intervention under Fed. R. Civ. P. 24(b). Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the motion is hereby GRANTED.

Pursuant to Fed. R. Civ. P. 24(a), a party with an interest in the subject matter of litigation may intervene "on timely motion" "unless existing parties adequately represent that interest." Decathlon has a right to intervene to protect its interest as a party to the Subordination Agreement at issue in this litigation. Despite the facially narrow declaration sought by Plaintiff

ORDER GRANTING MOTION
TO INTERVENE - 1

here, a ruling in its favor could cast doubt on the validity of the Agreement. Since Bruce Hull is not a party to the Agreement, neither plaintiff nor defendant has an interest aligned with Decathlon. Further, the Court finds that Decathlon's motion is timely. Intervention will not unduly prejudice the other parties, nor will it cause unreasonable delay in the case timeline.

The Court is not persuaded that Decathlon should be prevented from intervening in this case simply because it is a party to litigation involving similar issues in other jurisdictions. While plaintiff is correct that the litigation landscape of the parties' dispute is at odds with judicial economy, it would be unjust to limit Decathlon's rights solely for that reason. Multiple litigations regarding the same dispute already present a risk of inconsistent findings in multiple jurisdictions. The Court will respect plaintiff's litigation decision to file separate actions in state and federal court, but will also respect Decathlon's right to be present wherever its interests are threatened.

For all of the foregoing reasons, intervenor's motion is GRANTED.

Dated this 30th day of July, 2019.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO INTERVENE - 2