# FEDERAL DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ZHIZHENG WANG, for the WANG GROUP,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE HULL, an individual,<br><br>Defendant. | CASE NO: 2:18-cv-01220 RSL<br><br>ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL |

Pursuant to Local Civil Rule 83.2(b)(1), counsel for all parties has stipulated to the withdrawal of DBS Law and the substitution and appearance of Salish Sea Legal PLLC as counsel of record for Plaintiff Zhizheng Wang. Attorney Benjamin A. Ellison shall remain lead counsel for Plaintiff through his new firm, Salish Seal Legal PLLC, whose contact information is as follows:

> **Benjamin A. Ellison**
> **Salish Sea Legal PLLC**
> **2212 Queen Anne Ave North**
> **Seattle, WA  98109**
> **Tel:  (206) 257-9547**
> **Email: benaellison@gmail.com**

The Court hereby approves the stipulation and authorizes the withdrawal of DBS Law and substitution and appearance of Salish Sea Legal PLLC as counsel of record for Plaintiff

ORDER AUTHORIZING WITHDRAWAL AND SUBSTITUTION - 1

herein.

IT IS SO ORDERED.

Dated this 13th day of September, 2019.

_____
Robert S. Lasnik
United States District Judge

Presented by:

By: *s/Dominique R. Scalia*
Dominique R. Scalia, WSBA No. 47313
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
Tel: (206) 259-2950
dscalia@lawdbs.com
*Withdrawn Attorneys*


By: *s/ Benjamin Ellison*
Benjamin A. Ellison, WSBA No. 48315
Salish Sea Legal PLLC
2212 Queen Anne Ave North
Seattle, WA 98109
Tel: (206) 257-9547
benaellison@gmail.com
*Attorneys for Plaintiff*


By: *s/ Derek A. Bishop*
Derek A. Bishop, WSBA No. 39363
Gordon & Rees
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
dbishop@grsm.com
*Attorneys for Bruce Hull*

By: *s/ Jennifer L. Campbell*
Jennifer L. Campbell, WSBA No. 31703
Schwabe Williamson & Wyatt, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
jcampbell@schwabe.com

By: *s Kevin C. Riach*
Kevin C. Riach
*Admitted Pro Hac Vice*
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
kriach@fredlaw.com
*Attorneys for Decathlon Alpha, III, L.P.*