# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ZHIZHENG WANG, for the WANG LENDER GROUP,

Plaintiff,

v.

BRUCE HULL, an individual,

Defendants.

Case No. C18-01220RSL

ORDER RENOTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This matter comes before the Court on Decathlon Alpha III, L.P.'s motion to deny or stay plaintiff's pending motion for summary judgment under Fed. R. Civ. P. 56(d). Dkt. #41. Decathlon was given leave to intervene in this lawsuit on July 30, 2019, so that it could defend the validity of a Subordination Agreement that protects its first priority position under a loan agreement. Two days later, plaintiff filed a motion for summary judgment seeking a determination that the person who signed the Subordination Agreement on behalf of the Wang Group was not authorized to do so. Dkt. #33. Despite the facially narrow declaration plaintiff seeks, a ruling in its favor could cast doubt on the validity of the very agreement Decathlon is

ORDER RENOTING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1

trying to defend. Discovery regarding the structure of and decision-making authorities within the Wang Group – including Zhizheng Wang's standing to pursue this action in its name – is relevant to the issues raised in the pending motion, and Decathlon will be given an opportunity to participate in the briefing.

For all of the foregoing reasons, the Clerk of Court is directed to renote plaintiff's pending motion for summary judgment (Dkt. # 33) on the Court's calendar for Friday, December 6, 2019.

Dated this 24th day of September, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge