THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIZHENG WANG, for the WANG LENDER GROUP,

Plaintiff,

v.

BRUCE HULL, an individual,

Defendant,

v.

DECATHLON ALPHA III, L.P.

Intervenor Defendant.

Case No. 2:18-cv-01220-RSL

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR RESCHEDULING SUMMARY JUDGMENT NOTING DATE

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Zhizheng Wang ("Wang"), Defendant Bruce Hull ("Hull")[1] and Intervenor-Plaintiff Decathlon Alpha III, L.P. (collectively, "Parties") applied to this Court to reschedule the current noting date, Dkt. No. 65, for supplemental filings relating to standing, required to resolve a pending motion for summary judgment.

The Court having considered the submission, HEREBY ORDERS, ADJUDGES

---

[1] Defendant Hull stipulates to the extension but signature approval could not be obtained because counsel was out of office and unavailable.

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION:
CASE NO. 2:18-CV-01220 - 1

AND DECREES THAT:

The date for supplemental submissions relating to standing shall be extended as set forth in the chart below:

| Current Deadline | New Deadline |
|---|---|
| Plaintiff's Summary Judgment Motion Hearing Date on 1/17/2020 | 2/14/2020 |

//

**IT IS SO ORDERED.**

Dated this 22nd day of Jan., 2020.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

SALISH SEA LEGAL PLLC

By: /s/ B. Ellison
Benjamin A. Ellison, WSBA 48315
Email: salishsealegal@outlook.com
2212 Queen Anne Avenue North, No. 719
Seattle, WA 98109
Tel: 206.257.9547
*Attorney for Plaintiff*

[PROPOSED] ORDER GRANTING STIPULATED MOTION:
CASE NO. 2:18-CV-01220 - 2

SCHWABE, WILLIAMSON & WYATT, P.C

/s/ Kevin Riach (pro se) (per email)
Jennifer L. Campbell, WSBA #31703
Email: jcampbell@schwabe.com
Farron Curry, WSBA #40559
Email: fcurry@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: 206.622.1711
Fax: 206.292.0460
*Attorneys for Intervenor,
Decathlon Alpha, III, L.P.*

[PROPOSED] ORDER GRANTING STIPULATED MOTION:
CASE NO. 2:18-CV-01220 - 3