HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIZHENG WANG, for the WANG LENDER GROUP,<br><br>    Plaintiff,<br>v.<br><br>BRUCE HULL, an individual,<br><br>    Defendant.<br>DECATHLONG ALPHA III, L.P.,<br><br>    Intervenor Plaintiff<br>v.<br>ZHIZHENG WANG, for the WANG LENDER GROUP,<br><br>    Intervenor Defendant, | CASE NO: 2:18-cv-01220 RSL<br><br>STIPULATION AND [PROPOSED] ORDER STRIKING PLAINTIFF'S EXPERT WITNESS DISCLOSURE<br><br>NOTED ON JANUARY 31, 2020 |

Defendant Bruce Hull, Plaintiff Zhizheng Wang, Intervenor Plaintiff Decathlong Alpha II, LP, by and through their counsel, stipulate as follows: Plaintiff's Expert Witness Disclosure be stricken, along with any purported disclosure contained therein, and Bryce Counts will not be permitted to testify. The parties further request that the court strike Defendant's Motion to Exclude from its January 31, 2020 court calendar.

STIP & [PROPOSED] ORD STRIKING PLTF'S
EXPERT WITNESS DISCLOSURE [PROPOSED]
– 1
Civil Action No. 2:18-cv-01220-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.695.5100
Facsimile: 206.689.2822

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Sarah N. Turner*
   Sarah N. Turner, WSBA #37748
By: */s/ Derek A. Bishop*
   Derek A. Bishop, WSBA #39363
   701 5th Avenue, Suite 2100
   Seattle, Washington 98104
   sturner@grsm.com
   dbishop@grsm.com
   Attorneys for Defendant

SCHWABE WILLIAMSON & WYATT

By: *s/ Jennifer L. Campbell*
   Jennifer L. Campbell, WSBA #31703
By: *s/Farron Curry*
   Farron Curry, WSBA #40559
   SCHWABE WILLIAMSON & WYATT
   1420 5th Avenue, Suite 3400
   Seattle, WA 98101-4010
   jcampbell@schwabe.com
   fcurry@schwabe.com
   Attorneys for Intervenor Plaintiff
   Decathlon Alpha, III, L.P

SALISH SEA LEGAL, PLLC

By: */s/ Benjamin A. Ellison*
   Benjamin A. Ellison, WSBA #48315
   2212 Queen Anne Avenue North #719
   Seattle, WA 98109
   salishsealegal@outlook.com
   Attorney for Plaintiff

Based on the adjoining stipulation, the Court hereby:

ORDERS, ADJUDGES, and DECREES that: Plaintiff's Expert Witness Disclosure is hereby stricken, along with any purported disclosure contained therein, and Bryce Counts will not be permitted to testify, it is further

ORDERS, ADJUDGES, and DECREES that: Defendant's Motion to Exclude hearing date of January 31, 2020 is removed from the court's motion calendar.

STIP & [PROPOSED] ORD STRIKING PLTF'S
EXPERT WITNESS DISCLOSURE [PROPOSED]
– 2
Civil Action No. 2:18-cv-01220-RSL

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.695.5100
Facsimile: 206.689.2822

DATED this 30th day January, 2020.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Sarah N. Turner
    Sarah N. Turner, WSBA #37748
By: /s/ Derek A. Bishop
    Derek A. Bishop, WSBA #39363
    701 5th Avenue, Suite 2100
    Seattle, Washington 98104
    206.695.5100
    sturner@grsm.com
    dbishop@grsm.com
    Attorneys for Defendant Bruce Hull

SALISH SEA LEGAL, PLLC

By: /s/ Benjamin A. Ellison
    Benjamin A. Ellison, WSBA #48315
    2212 Queen Anne Avenue North #719
    Seattle, WA 98109
    salishsealegal@outlook.com
    Attorney for Plaintiff

SCHWABE WILLIAMSON & WYATT

By: s/Jennifer L. Campbell
    Jennifer L. Campbell, WSBA #31703
    Farron Curry, WSBA #40559
    SCHWABE WILLIAMSON & WYATT
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101-4010
    jcampbell@schwabe.com
    fcurry@schwabe.com
    Attorneys for Intervenor Plaintiff
    Decathlon Alpha, III, L.P

STIP & [PROPOSED] ORD STRIKING PLTF'S
EXPERT WITNESS DISCLOSURE [PROPOSED]
– 3
Civil Action No. 2:18-cv-01220-RSL

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.695.5100
Facsimile: 206.689.2822