UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIZHENG WANG,

        Plaintiff,

    v.

BRUCE HULL,

        Defendant.

_____

DECATHLON ALPHA III, L.P.,

        Intervenor Plaintiff,

    v.

ZHIZHENG WANG.

        Intervenor Defendant.

NO. C18-1220RSL

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

    This matter comes before the Court on plaintiff Zhizheng Wang's motion for reconsideration of the Court's denial of his motion for partial summary judgment against defendant Bruce Hull. Dkt. # 110.

    Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 1

have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Plaintiff has not met its burden, simply reiterating his argument that he is entitled to a summary determination that Hull lacked authority to sign a subordination agreement on behalf of an informal group of individuals known as "the Wang Group." Manifest error has not been shown, nor have new law or facts been presented.

For all of the foregoing reasons, plaintiff's motion for reconsideration is DENIED.

Dated this 6th day of July, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION - 2