UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIZHENG WANG, for the WANG LENDER GROUP,<br><br>                Plaintiff,<br>   v.<br><br>BRUCE HULL, an individual,<br><br>                Defendant.<br><br>DECATHLON ALPHA, III, L.P.<br><br>                Intervenor Plaintiff,<br>   v.<br><br>ZHIZHENG WANG, for the WANG LENDER GROUP<br><br>                Intervenor Defendant. | Case No. 2:18-cv-01220-RSL<br><br>STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE AS TO INTERVENOR PLAINTIFF DECATHLON ALPHA III, L.P. ONLY AND ORDER |

## I.    STIPULATED MOTION

IT IS HEREBY STIPULATED by and between Plaintiff/Intervenor Defendant Zhizheng Wang, assignee for the Wang Group ("Wang"), and Intervenor Plaintiff Decathlon Alpha III, L.P. ("Decathlon"), through their undersigned counsel of record, that Decathlon alone should be dismissed with prejudice from this action, and each party shall bear its own fees and costs. For avoidance of doubt, this stipulation does not affect the pending claims or

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

litigation between Wang and Defendant Bruce Hull.

Dated this 26th day of May, 2021.

| SCHWABE, WILLIAMSON & WYATT, P.C.<br><br>By: /s/ Jennifer L. Campbell<br>Jennifer L. Campbell, WSBA #31703<br>E-mail: jcampbell@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101<br>*Attorney for Intervenor Plaintiff,*<br>*Decathlon Alpha III, L.P.* | By: /s/ Kevin Riach<br>Kevin Riach, Bar #0389277<br>E-mail: kriach@riachdefense.com<br>Minneapolis, MN 55402-1425<br>*Attorney Admitted Pro Hac Vice for*<br>*Intervenor Plaintiff Decathlon Alpha III, L.P.* |
|---|---|
| WAX ELLISON PLLC<br><br>By: /s/ Benjamin Ellison<br>Benjamin Ellison, WSBA #48315<br>E-mail: salishsealegal@outlook.com<br>2212 Queen Anne Ave. North, No. 719<br>Seattle, WA 98109-2312<br>*Attorney for Plaintiff Zhizheng Wang* | |

## II. ORDER

THIS MATTER, having come before the Court on the above stipulation of Plaintiff/Intervenor Defendant Zhizheng Wang and Intervenor Plaintiff Decathlon Alpha III, L.P. ("Decathlon"), IT IS HEREBY ORDERED that consistent with the foregoing stipulation, Decathlon alone should be dismissed with prejudice from the above-entitled action, and each party shall bear its own fees and costs. By this Order, no modification is intended as to the pending claims or litigation between Zhizheng Wang and Defendant Bruce Hull.

Dated this 21st day of June, 2021.

United States District Court
Judge Robert S. Lasnik

ORDER - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711