1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZHIZHENG WANG, for the WANG LENDER GROUP,

                              Plaintiff,

         v.

BRUCE HULL, an individual,
                              Defendant.

DECATHLON ALPHA III, L.P.,
                              Intervenor Plaintiff

v.

ZHIZHENG WANG, for the WANG LENDER GROUP

                    Intervenor Defendant

CASE NO: 2:18-cv-01220 RSL

STIPULATED MOTION TO DISMISS WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW the Plaintiff and Defendant in this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party, and closing the case.

//

STIP MTN TO DISMISS AND ORDER OF
DISMISS – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: 206.695.5100
Facsimile:  206.689.2822

STIPULATED and AGREED this 23rd day of March 2022.

DATED: <u>March 23, 2022</u>                    SALISH SEA LEGAL PLLC

By:    */s Benjamin A. Ellison*
       Benjamin A. Ellison, WSBA No. 48315
       2212 Queen Anne Ave North
       Seattle, WA 98109
       Email:    benaellison@gmail.com

**Attorneys for Plaintiff**

DATED: <u>March 23, 2022</u>                    GORDON REES SCULLY MANSUKHANI, LLP

By:    *s/ Derek A. Bishop*
       Sarah Turner, WSBA # 37748
       Derek A. Bishop, WSBA # 39363
       701 5th Avenue, Suite 2100
       Seattle, Washington  98104
       Email:    sturner@grsm.com
                 dbishop@grsm.com

**Attorneys for Defendant Bruce Hull**

## <u>ORDER</u>

THIS MATTER having been brought on regularly before the undersigned judge of the above-entitled court upon the foregoing written stipulation of the parties, and inasmuch as this matter has been fully resolved and the court deems itself fully advised in the premises, now, therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff Zhizheng Wang for the Wang Lender Group and Defendant Bruce Hull in the above-entitled action are dismissed with prejudice as to all parties, and without award of costs or

//

STIP MTN TO DISMISS AND ORDER OF DISMISS – 2

**GORDON REES SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: 206.695.5100
Facsimile:  206.689.2822

1  fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

2  Procedure, and that the litigation is dismissed, and the case, administratively closed.

3

4        Dated this 25th day of March, 2022.

5                                         *Mht S Casnik*

6                                         THE HONORABLE ROBERT S. LASNIK
                                          UNITED STATES DISTRICT JUDGE
7

8

9  Presented by:

10  GORDON REES SCULLY MANSUKHANI, LLP

11  By: *s/ Derek A. Bishop*
          Sarah N. Turner, WSBA #37748
12        Derek A. Bishop, WSBA #39363
          701 5th Avenue, Suite 2100
13        Seattle, Washington  98104
          sturner@grsm.com
14        dbishop@grsm.com
15  **Attorneys for Defendant Bruce Hull**

16  SALISH SEA LEGAL PLLC

17  By:   */s Benjamin A. Ellison*
          Benjamin A. Ellison, WSBA No. 48315
18        2212 Queen Anne Ave North
          Seattle, WA 98109
19        benaellison@gmail.com
    **Attorneys for Plaintiff**
20

21

22

23

24

25

26

STIP MTN TO DISMISS AND ORDER OF
DISMISS – 3

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: 206.695.5100
Facsimile:  206.689.2822

1